JENNIE Q. PRATT et al., Respondents, *v.* VILLAGE OF SENECA FALLS, Appellant, et al., Defendants.

Argued November 29, 1945; decided January 18, 1946.

*Harold J. Hinman* and *Joseph J. Doyle* for appellant.
*Hampton H. Halsey* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.